### 50043. CIRCLE MILLS, INC. v. MILLENDER.

STOLZ, Judge.

In this action for a quantum meruit recovery for services rendered in obtaining a buyer for the defendant's textile machinery and equipment, we will not disturb the judgment of the trial judge, sitting without a jury, in favor of the plaintiff for $6,000, where the evidence was that the sale was in the amount of $160,000; that the plaintiff put the buyer and seller in contact with each other and took the prospective buyer from Cartersville

to Dallas, Georgia, twice; and that the plaintiff had told the defendant that his fee would be 5% of the sale price, which is a standard finder's fee in the textile business. " 'If the court trying the case does not consider the damages excessive, any other court ought to be cautious in holding them to be so.' " *Fields v. Jackson,* 102 Ga. App. 117, 122 (115 SE2d 877) and cit. See also *Schuster v. Schuster,* 221 Ga. 614 (1) (146 SE2d 636) and cit.; *Saks Fifth Avenue v. Edwards,* 128 Ga. App. 380 (1) (196 SE2d 879) and cit.; and *Creative Service, Inc. v. Spears Construction Co.,* 130 Ga. App. 145 (1) (202 SE2d 581) and cits.

    *Judgment affirmed. Deen, P. J., and Evans, J., concur.*

Submitted January 13, 1975 — Decided January 30, 1975.

    *Rogers, Magruder & Hoyt, Joseph M. Seigler, Jr.,* for appellant.
    *Mitchell, Mitchell, Coppedge & Boyett, Warren N. Coppedge, Jr.,* for appellee.